In the Matter of ZIMMERMAN STOVE HEATER CORPORATION, Bankrupt. Ralph K. JACOBS, Petitioner. (Circuit Court of Appeals, Second Circuit. December 3, 1923.) No. 115. Petition to Revise Order of the District Court of the United States for the Southern District of New York. R. K. Jacobs, of New York City, for petitioner. Tomlinson, Coxe & Tomlinson, of New York City (John C. Tomlinson, of New York City, of counsel), for respondent Robert L. Gray. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed in open court.